**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6064**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

ANTEDIOUS STOWE,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:07-cr-00108-RJC-1)

_____

Submitted:  April 20, 2023                    Decided:  April 25, 2023

_____

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Antedious Stowe, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antedious Stowe appeals the district court's order granting in part his motion for a sentence reduction under § 404(b) of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222. The court concluded that Stowe was eligible for relief and exercised its discretion to reduce his sentence, but not as low as requested. After reviewing the record, we conclude that the district court did not abuse its discretion in determining the extent of the sentence reduction. *See Concepcion v. United States*, 142 S. Ct. 2389, 2404-05 (2022) (stating standard). Accordingly, we affirm the district court's judgment. *United States v. Stowe*, No. 3:07-cr-00108-RJC-1 (W.D.N.C. Jan. 10, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*